# MIRER MAZZOCCHI SCHALET JULIEN & CHICKEDANTZ, PLLC

ATTORNEYS AT LAW
150 BROADWAY, TWELFTH FLOOR
NEW YORK, NEW YORK 10038

| | | |
|---|---|---|
| JEANNE MIRER<br>KRISTINA MAZZOCCHI<br>LIZABETH SCHALET | TELEPHONE: (212) 231-2235<br>FACSIMILE: (212) 409-8338 | RIA JULIEN<br>MARIA L. CHICKEDANTZ |

EMAIL: info@mmsjlaw.com
INTERNET: www.mmsjlaw.com

**VIA ECF**

Hon. Gergory H. Woods
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

July 8, 2016

Re:    *Bazan et al v. Best Thai on Grammercy et al  (1:15-cv-04830-GHW)*

Dear Hon. Judge Woods:

Pursuant to the court's order, on behalf of plaintiffs and defendants, please find attached the revised settlement agreement and the stipulation of discontinuance with prejudice. The change in the amount of attorneys' fees can be found in par. 1b, see last line of paragraph. The revised release language can be found in par. 4 of the Agreement. It is respectfully requested that the proposed Stipulation of Discontinuance with Prejudice be So Ordered. Thank you.

Respectfully submitted,

Lizabeth Schalet

LS:pa
cc: Eric Li, Esq.