USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/13/2016

SOUTHERN DISTRICT OF NEW YORK

URIEL BAZAN, SERGIO OSWALDO CALLE, DOMINGO CALEL CHICOJ, REYNALDO VILLALBA MARTINEZ, CRISOFORO PINEDA, FRANCISCO SALVADOR QUINO, URBANO REYES, RODOLFO VILLANO, FERNANDO GARCIA and EDGAR ZEPEDA, Individually, On Behalf of All Others Similarly Situated and as Class Representatives,

                Plaintiffs,

-Against-

BEST THAI ON GRAMMERCY INC., 31 EAST 21 EXPRESS INC., BEST THAI ON 8 CORP., RTC 18 CORP., 331 LEXINGTON RESTAURANT CORP. (All Doing Business As RHONG-TIAM EXPRESS), RACHAPAS ANDY YANGEKSAKUL a.k.a ANDY YANG and KARNCHANART SAE LOO,

                Defendants

15-CV-4830

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**MEMORANDUM ENDORSED**

      **IT IS HEREBY STIPULATED**, by and between the undersigned attorneys for all parties herein, that the above-entitled action is hereby discontinued with prejudice and without costs to any party.

Dated: July 6, 2016

| | |
|---|---|
| MIZER MAZZOCCHI SCHALET & JULIEN, PLLC | LAW OFFICE OF Z. TAN PLLC |
| _____ | _____ |
| Lizabeth Schalet | ~~Bingchen Li~~ |
| 150 Broadway, Suite 1200 | 110 E. 59th Street, Suite 3200 |
| New York, NY 10038 | New York, NY 10022 |
| Tel.: (212) 231-2235 | Tel: (212) 593-6188 |
| Fax: (212_ 346-9063 | Fax: (718) 679-9122 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

For the reasons stated on the record during the teleconference held on June 30, 2016, the Court finds the parties' proposed settlement--including Plaintiffs' release of claims and Plaintiffs' counsel's attorneys' fees as modified in the parties' revised settlement agreement filed on July 8, 2016, Dkt. No. 40--to be fair and reasonable.  Accordingly, the Court approves the parties' stipulated dismissal with prejudice pursuant to Rule 41(a)(2).
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 40 and to close this case.
        SO ORDERED.

Dated: July 13, 2016
New York, New York

                              _____
                              GREGORY H. WOODS
                              United States District Judge